UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ELEANOR HEALD, et al.

        Civil No. 2:00-cv-71438-BAF

*Plaintiffs*

        Bernard A. Friedman

vs.

        United State District Judge

JENNIFER M. GRANHOLM et al.

        Marc L. Goldman
        Magistrate Judge

*Defendants*

MICHIGAN BEER & WINE WHOLESALERS
ASSOCIATION

*Intervening Defendants*
_____/

**ORDER WITH RESPECT TO ATTORNEYS' FEES**

    The Plaintiffs having reached an agreement with Defendants Jennifer M. Granholm, Governor of Michigan; Michael A. Cox, Attorney General of Michigan; Nida Samona, Chairperson, Michigan Liquor Control Commission (hereafter referred to as "the State Of Michigan Defendants" collectively), that settles all pending matters concerning Plaintiffs' request for attorneys' fees from the State of Michigan Defendants contained in Plaintiffs' Second Motion For Attorneys' Fees (Docket # 144) and Amended Second Motion for Attorneys' Fees (Docket # 173), which agreement settles all pending issues concerning the liability of the State of Michigan Defendants for fees,

    IT IS HEREBY ORDERED that Plaintiffs' request for attorneys fees from the State of Michigan Defendants is withdrawn with prejudice, each side to bear their own costs. The

hearing on this matter set for May 10, 2006, is cancelled.

IT IS FURTHER ORDERED that the portion of Plaintiffs second motion for attorneys' fees that seeks fees to be paid by the Intervening Defendants Michigan Beer & Wine Wholesalers' Association, for 50.5 hours of legal time and 12 hours of travel time, is not affected by this order, and will be heard as scheduled on May 10, 2006.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Strike the Affidavit of James Schratz (Docket #183) is denied as moot.

IT IS FURTHER ORDERED that the effective date of this Order shall be STAYED for 90 days to give the parties time to complete performance of the terms and obligations of the Settlement Agreement.  The parties shall notify the Court when the Settlement Agreement has been performed.  In the event that the terms and conditions of the Settlement Agreement are not performed within 90 days, the parties shall notify the Court to this effect, this Order shall be deemed withdrawn, and a hearing on the motion for attorneys' fees and motion to strike the affidavit of James Schratz scheduled.


Date:    May 3, 2006                                _____s/Bernard A. Friedman
                                                    BERNARD A. FRIEDMAN
                                                    UNITED STATES DISTRICT JUDGE